UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARYL HAZAM, <br><br> Defendant. | Case No. CR13-328RSL <br><br> ORDER DENYING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on Daryl Hazam's motion to terminate the remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. §§ 3583(e) and 3553. Based on the United States Probation Officer's plan to utilize the remaining supervised release time to transition Mr. Hazam for supervision while he is no longer on treatment, the Court will deny this motion.

IT IS NOW ORDERED that Daryl Hazam's motion for termination of supervised release is DENIED.

DATED this 7th day of November, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge